# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| **Vs.** | ) **Case No. 99-00022-01-CR-W-6** |
| | ) |
| **Sergio R. Nunez,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of

June 30, 2005, and a hearing having been waived by defendant, it is hereby

**ORDERED** that the following be added to the conditions of supervised release for Sergio

R. Nunez:

> **Sergio R. Nunez, as a special condition of supervision, is to participate in a program of home detention with electronic monitoring for a period of three months. Further, that Sergio R. Nunez pay the cost of the electronic monitoring at a rate of $3.26 per day, to the contract vendor as directed by the Probation Officer.**

/s/ Howard F. Sachs
HOWARD F. SACHS
SENIOR UNITED STATES DISTRICT JUDGE

Dated at Kansas City, Missouri, this 7th Day of July, 2005.